Page 34

1    A    I don't remember what day it was, but yes, I did talk
2  to them, and that was when I was with my tia Sofia.
3    Q    Okay. Who did you talk to on the phone?
4    A    Manual.
5    Q    Okay. Was that the -- did you call first or did you go
6  down there in person first?
7    A    No, I called first.
8    Q    And you don't remember what day that was?
9    A    No.
10   Q    Okay. On that first conversation that you had with
11 Manuel, what did you discuss?
12   A    You know what, I didn't go down there -- I mean, I
13 didn't call. I went straight down there, now that I remember.
14   Q    Okay. So then as we go down on page 3, two paragraphs
15 below that it says, "On December 1st, 2001 I met with the U.S.
16 Patrol Officer Manuel Sanchez, and told him that I wanted to
17 report my baby's father," do you see where I'm at?
18   A    No.
19   Q    About halfway down the page on December 1st.
20   A    Oh, okay.
21   Q    Okay?
22   A    Yes, me and my tia had went down there personally.
23   Q    Okay. So before December 1st, 2003 you didn't have any
24 phone conversations with the Border Patrol, correct?
25   A    No.

Page 35

1  Q   No, that's not correct or no, that is correct?

2  A   No, that's not correct, I didn't call them or anything.

3  Q   Okay. Let me make sure you understand my question. So before December 1st, 2003, you never had a phone conversation with Border Patrol, correct?

6  A   No -- yes, yes.

7  Q   Yes, that's correct?

8  A   Yes.

9  Q   Okay. So the first time that you ever met and talked with Border Patrol would be as you state here, December 1st, 2003 when you met with Manuel Sanchez?

12 A   Yes.

13 Q   Okay. And at that time you told them Omar was the baby's father, correct?

15 A   Yes.

16 Q   What was the conversation that you had with Manuel Sanchez on December 1st, 2003?

18 A   Me and my tia went in there and they -- he escorted us to his office, and I told him that his dad was illegal and that I wanted my daughter back. He didn't want to give her back to me. So -- and I told him also that she was -- that she was legal like me and that he was illegal. And he asked me for the father's name and I told him the father's name. He went to the back of his office and he brought me a manilla folder and it had -- I don't know how thick it was, I don't remember, and on

Page 39

1   Q   After December of 2003?

2   A   No.

3   Q   What else did you discuss with Manuel Sanchez on
4   December 1st, 2003?

5   A   That was about it, that I wanted my daughter back and
6   if he can help me get her back, and he told me he can.

7   Q   When he showed you the picture, did he say anything
8   about what Omar was wanted for?

9   A   No -- yes, he did. He told me he was wanted for
10  questioning in a homicide.

11  Q   Okay. Did he tell you that he was wanted for the
12  homicide or just --

13  A   No, questioning.

14  Q   -- just a witness in the homicide?

15  A   Yes.

16  Q   A witness, correct?

17  A   Yes.

18  Q   Okay. Anything else that you discussed with officer --
19  with Manuel Sanchez at that time on December 1st, 2003?

20  A   Just that he asked my aunt if -- well, he asked me if
21  he was a good father to the baby, and I said yes, and my aunt
22  went along with it and also said yes, because she had met him
23  one time.

24  Q   So you told Manuel Sanchez on December 1st, 2003 that
25  Omar was a good father to the baby, correct?

Page 40

1   A   Yes.

2   Q   And --

3   A   Because he had asked me.

4   Q   Okay.  Manuel Sanchez specifically asked you that?

5   A   Yes.

6   Q   Okay.  The aunt that went with you on this occasion,
7   was that Sofia?

8   A   Yes.

9   Q   Did Manuel Sanchez ask Sofia any questions?

10  A   No.

11  Q   Okay.  He didn't ask -- you said something about she
12  went along with it?

13  A   Yes, when -- because she had said -- she met him one
14  time and when he asked me if he was a good father to the -- to
15  the baby, I said yeah, he was.  He wasn't abusive to her.  And
16  she said, "Well, he seemed like a good father," that's all my
17  tia said.

18  Q   Okay.  So she also said --

19  A   Yes.

20  Q   She just volunteered that information?

21  A   Yes.

22  Q   That Omar seemed like a good father?

23  A   Yes.

24  Q   Any other conversations you had with Manuel Sanchez on
25  December 1st that we haven't talked about?

1   Q   Okay. On this next page, about midway it says, "I know
2   it's not her. It's her dad and his family." And you're
3   talking about not being able to see her, correct?
4   A   Yes.
5   Q   Let me show you what I've marked as Defendant's Exhibit
6   Number 2.
7       (Whereupon Deposition Exhibit No. 2 was identified)
8   Q   At the bottom of the page in March of 2005 you felt,
9   "But I know what I did probably wasn't right, but I was so
10  confused. I didn't know what to do. I just wanted to leave
11  and be with my baby girl," correct?
12  A   Yes.
13  Q   And again, when you talk about, "What I did probably
14  wasn't right," are you talking about reporting Omar to the
15  Border Patrol --
16  A   Yes.
17  Q   -- to get custody? Let me show you what I've marked as
18  Defendant's Exhibit Number 1.
19      (Whereupon Deposition Exhibit No. 1 was identified)
20  Q   This again is another page from your journal, correct?
21  A   Yes.
22  Q   And you state in there, "Sometimes I blame myself for
23  what I did or I would have her now," correct?
24  A   Yes.
25  Q   And again, you're talking about using Border Patrol to

Page 96

1   try to get custody of your child?
2   A   Yes.
3   Q   When you first met with Manuel Sanchez on December 1st,
4   2003, he did tell you that you would have to be present when
5   Border Patrol picks up Omar to get the baby, correct?
6   A   Yes.
7   Q   That's the first thing he told you, correct?  This is
8   an affidavit that if you look on the last page, page 5, is that
9   your signature?
10  A   Yes.
11  Q   Okay.  And it appears as the affidavit used in your
12  divorce proceedings, correct?
13  A   Yes.
14  Q   Okay.  And to get custody, correct?
15  A   Yes.
16  Q   Let me show you what is marked as Defendant's Exhibit
17  Number 12.
18      (Whereupon Deposition Exhibit No. 12 was identified)
19  Q   In the second to bottom paragraph, "I saw that Omar had
20  Rosa Maria in his arms and the Border Patrol agents took her
21  with them," do you see that?
22  A   Which one?
23  Q   Go to the -- here, let me just point to it for you.
24  Right here, (pointing)
25  A   No.