IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MONICA CASTRO, et al., | § |
| Plaintiffs, | § |
| v. | §  Civil Action |
| | §  No. C-06-61 |
| THE UNITED STATES OF AMERICA, | § |
| Defendant. | § |

**FINAL JUDGMENT**

In accordance with this Court's Order Nos. 39 and 42, the Court hereby enters final judgment DISMISSING this action, in its entirety, with prejudice.

SIGNED and ENTERED this 4th day of April, 2007.

_____
Janis Graham Jack
United States District Judge